IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COCOE VOCI, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM PRYM GMBH & CO., KG; PRYM CONSUMER USA, INC.; PRYM FASHION, INC.; COATS PLC; COATS NORTH AMERICA DE REPUBLICA DOMINICANA, INC.; YKK CORPORATION; YKK CORPORATION OF AMERICA, INC.; YKK (U.S.A.) INC.; YKK SNAP FASTENERS AMERICA, INC.; and SCOVILL FASTENERS, INC.,<br><br>Defendants. | Civil Action No. 1:07-cv-09929-DC<br>**ECF CASE**<br><br><br>CLASS ACTION<br><br><br><br><br><br>JURY TRIAL DEMANDED |

PLAINTIFF'S DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P. 7.1

[X]     The nongovernmental corporate party, Plaintiff Cocoe Voci, Inc., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ]     The nongovernmental corporate party, _____ _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:
                              N/A

Date: November 9, 2007          *Ronen Sarraf*
                                Ronen Sarraf (RS-7694)

                                Counsel for Plaintiff Cocoe Voci, Inc.

Federal Rule of Civil Procedure 7.1 Disclosure Statement
    (a)    WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation
    (b)    TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
        (1)    file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
        (2)    promptly file a supplemental statement upon any change in the information that the statement requires.