UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COCOE VOCI, INC., on behalf of itself and all others similarly situated,

v.

WILLIAM PRYM GMBH & CO., KG; et al.

Civil Action No. 07-CIV-9929

## STIPULATION OF EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT

Plaintiff Cocoe Voci, Inc. ("Plaintiff") and Defendants Coats plc and Coats North America de Republica Dominicana, Inc., in the above-styled civil action (collectively, "Defendants"), and by and through their undersigned counsel, hereby stipulate that the time within which the Defendants must file a response to the Class Action Complaint is extended through and including January 7, 2008. If any answer or other responsive pleading is filed by Defendants in any other action arising out of the same transactions and occurrences before January 7, 2008, or if any documents are produced in such action, Defendants will file their answer or responsive pleading, and shall produce such documents, in this matter concurrently.

By entering into this stipulation, Defendants have not waived their rights with respect to any potential defenses in this litigation, including but not limited to assertion of jurisdictional defenses, except as to the sufficiency of service of process.

So stipulated, this 29th day of November, 2007.

SARRAF GENTILE LLP  
11 Hanover Square, 2nd Floor  
New York, NY 10005  
T 212.868.3610  
F 212.918.7967  
Attorneys for Plaintiff

By: _____  
Ronen Sarraf (RS 7694)

SIMPSON THACHER & BARTLETT LLP  
425 Lexington Avenue  
New York, NY 10017  
(212) 455-2000

Attorneys for Defendants Coats plc and Coats  
North America de Republica Dominicana, Inc.

By: _____  
Joseph Wayland

11/30/07   John F. Keenan