UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COCOE VOCI, INC., on behalf of itself and all others similarly situated,<br><br>v.<br><br>WILLIAM PRYM GMBH & CO., KG; et al. | Civil Action No.<br>07-CIV-9929 |

**STIPULATION OF EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT**

Plaintiff Cocoe Voci, Inc. ("Plaintiff") and Defendant Scovill Fasteners, Inc. ("Defendant"), in the above-styled civil action, and by and through their undersigned counsel, hereby stipulate that the time within which the Defendant must file a response to the Class Action Complaint is extended through and including January 7, 2008. If any answer or other responsive pleading is filed by Defendant in any other action arising out of the same transactions and occurrences before January 7, 2008, or if any documents are produced in such action, Defendant will file its answer or responsive pleading, and shall produce such documents, in this matter concurrently.

By entering into this stipulation, Defendant has not waived its rights with respect to any potential defenses in this litigation, including but not limited to assertion of jurisdictional defenses, except as to the sufficiency of service of process.

So stipulated, this 3rd day of December 2007

SARRAF GENTILE LLP
11 Hanover Square, 2nd Floor
New York, NY 10005
T 212.868.3610
F 212.918.7967
Attorneys for Plaintiff

By: _____
Ronen Sarraf (RS 7694)

SMITH, GAMBRELL & RUSSELL, LLP
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309-3592
(404) 815-3500
Attorneys for Defendant

By: _____
Laura E. Woodson
(*request for admission pro hac vice to be filed*)