UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cocoe Voci, Inc., on behalf of itself and others,    Plaintiff,

- against -

William Prym GMBH & Co., et al.    Defendant.

07 cv 9929 (UA)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Ronen Sarraf a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Benjamin F. Johns
Firm Name: Chimicles & Tikellis LLP
Address: 361 West Lancaster Avenue
City/State/Zip: Haverford, PA 19041
Phone Number: (610) 642-8500
Fax Number: (610) 649-3633

Benjamin F. Johns is a member in good standing of the Bar of the States of Pennsylvania and New Jersey.

There are no pending disciplinary proceeding against Benjamin F. Johns in any State or Federal court.

Dated: 11/29/07
City, State: NY, NY

Respectfully submitted,

[signature]

Sponsor's SDNY Bar: RS-7694
Firm Name: Sarraf Gentile LLP
Address: 11 Hanover Sq.
City/State/Zip: NY, NY 10005
Phone Number: 212-868-3610
Fax Number: 212-918-7868



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Benjamin F. Johns, Esq.*

DATE OF ADMISSION

*October 13, 2005*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: November 19, 2007

_____
Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **BENJAMIN F JOHNS** (No. **038182005**) was constituted and appointed an Attorney at Law of New Jersey on **November 21, 2005** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **20TH** day of **November**, 20 **07**

*Clerk of the Supreme Court*

-453a-

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COCOE VOCI, INC., on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>WILLIAM PRYM GMBH & CO., KG; PRYM CONSUMER USA, INC.; PRYM FASHION, INC.; COATS PLC; COATS NORTH AMERICA DE REPUBLICA DOMINICANA, INC.; YKK CORPORATION; YKK CORPORATION OF AMERICA, INC.; YKK (U.S.A.) INC.; YKK SNAP FASTENERS AMERICA, INC.; and SCOVILL FASTENERS, INC.,<br><br>                Defendants. | Civil Action No.07 CIV 9929<br><br><br>AFFIDAVIT OF RONEN SARRAF IN SUPPORT OF MOTION TO ADMIT BENJAMIN F. JOHNS PRO HAC VICE |

State of New York     )
                               )  ss.
County of New York  )

Ronen Sarraf, being duly sworn, hereby deposes and says as follows:

1. I am counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Benjamin F. Johns as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the board of the State of New York, and was admitted to practice law on May 23, 2001. I am also admitted to the bar of the United States District Court for the Southern District of New York, having been admitted on July 24, 2001, and am in good standing with this Court.

3. I have known Benjamin F. Johns for approximately one year.

4. Mr. Johns is an associate at the law firm of Chimicles & Tikellis LLP in Haverford, Pennsylvania.

5. I have found Mr. Johns to be a skilled attorney and a person of the highest integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Benjamin F. Johns, pro hac vice, which is being submitted herewith.

WHEREFORE, it is respectfully requested that the motion to admit Benjamin F. Johns, pro hac vice, to represent Plaintiff in the above-captioned matter be granted.

DATED: November 29, 2007          Respectfully submitted,

                                  By: ___/s/ Ronen Sarraf___
                                  Ronen Sarraf
                                  Joseph Gentile
                                  SARRAF GENTILE LLP
                                  11 Hanover Square, 2nd Floor
                                  New York, NY 10005
                                  Tel:   212-868-3610
                                  Fax:   212-918-7967

- 3 -

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cocoe Voci, Inc., on behalf of itself and others,

Plaintiff,

- against -

William PRYM GMHB & Co., et al.

Defendant.

07 cv 9929 ( )

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Ronen Sarraf attorney for Cocoe Voci, Inc.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Benjamin F. Johns |
| Firm Name: | Chimicles & Tikellis LLP |
| Address: | 361 West Lancaster Avenue |
| City/State/Zip: | Haverford, PA 19041 |
| Telephone/Fax: | (610) 642-8500 |
| Email Address: | BFJ@chimicles.com |

is admitted to practice pro hac vice as counsel for Cocoe Voci, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $            SDNY RECEIPT#
SDNY Form Web 10/2006

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on November 29, 2007, a true and correct copy of the attached was served by first class U.S. mail on the following:

Simpson Thacher & Bartlett LLP
Joseph Wayland
425 Lexington Avenue
New York, NY 10017
212-455-2000
Counsel for Coats PLC and
Coats North America de Republica Dominicana, Inc.

Mogan Lewish & Bockius LLP
John Shin
101 Park Avenue
New York, NY 10178
(212) 309-6844
Counsel for YKK Corporation of America, Inc. And
YKK Snap Fasteners America, Inc.

Scovill Fasteners, Inc.
1802 Scovill Drive
Clarkesville, GA 30523

                                                     _____
                                                     Ronen Sarraf