## MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2007
```

| | |
|---|---|
| COCOE VOCI, INC., on behalf of itself and all others similarly situated, | Civil Action No. 07-CIV-9929 (DC) |
| v. | |
| WILLIAM PRYM GMBH & CO., KG; et al. | |

### STIPULATION OF EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT

Plaintiff Cocoe Voci, Inc. ("Plaintiff") and Defendants YKK Corporation of America, Inc.; YKK (U.S.A.) Inc.; and YKK Snap Fasteners America, Inc. (collectively, "Defendants"), in the above-styled civil action, and by and through their undersigned counsel, hereby stipulate that the time within which Defendants must file a response to the Class Action Complaint is extended through and including January 7, 2008. If any answer or other responsive pleading is filed by any of these Defendants in any other action arising out of the same transactions and occurrences before January 7, 2008, or if any documents are produced in such action, such Defendant(s) will file its answer or responsive pleading, and shall produce such documents, in this matter concurrently.

By entering into this stipulation, Defendants have not waived any of its rights with respect to any potential defenses in this litigation, including but not limited to assertion of jurisdictional defenses, except as to the sufficiency of service of process.

So stipulated, this 29th day of November, 2007.

SARRAF GENTILE LLP
11 Hanover Square, 2nd Floor
New York, NY 10005
T 212.868.3610
F 212.918.7967
Attorneys for Plaintiff

By: _____
Ronen Sarraf (RS 7694)

MORGAN LEWIS & BOCKIUS LLP
John Shin
101 Park Avenue
New York, NY 10178
(212) 309-6844

By: _____
John Shin (JS 1970)

SO ORDERED

_____
U.S.D.J.
12/6/07