**MEMO ENDORSED**

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cocoe Voci, Inc., on behalf of itself and others,

        Plaintiff,

- against -

William Prym GMBH & Co., et al.

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2007

07 cv 9929 (UA)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Ronen Sarraf attorney for Cocoe Voci, Inc.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:    Joseph G. Sauder

    Firm Name:    Chimicles & Tikellis LLP

    Address:    361 West Lancaster Avenue

    City/State/Zip:    Haverford, PA 19041

    Telephone/Fax:    (610) 642-8500

    Email Address:    JosephSauder@chimicles.com

is admitted to practice pro hac vice as counsel for Cocoe Voci, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 12/12/07
City, State: NY, NY

                                      _____
                                      United States District ~~Magistrate~~ Judge

FOR OFFICE USE ONLY: FEE PAID $ _____ SDNY RECEIPT# _____
SDNY Form Web 10/2006