**MEMO ENDORSED**

SDNY Rev 10/2005 Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cocoe Voci, Inc., on behalf of itself and others,

    Plaintiff,

- against -

William PRYM GMHB & Co., et al.

    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/2007

07 cv 9929 ( )

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Ronen Sarraf    attorney for Cocoe Voci, Inc.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Benjamin F. Johns |
| Firm Name: | Chimicles & Tikellis LLP |
| Address: | 361 West Lancaster Avenue |
| City/State/Zip: | Haverford, PA 19041 |
| Telephone/Fax: | (610) 642-8500 |
| Email Address: | BFJ@chimicles.com |

is admitted to practice pro hac vice as counsel for Cocoe Voci, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 12/12/07
City, State: NY NY

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $    SDNY RECEIPT#
SDNY Form Web 10/2006