## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COCOE VOCI, INC., on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>WILLIAM PRYM GMBH & CO., KG; PRYM CONSUMER USA, INC.; PRYM FASHION, INC.; COATS PLC; COATS NORTH AMERICA DE REPUBLICA DOMINICANA, INC.; YKK CORPORATION; YKK CORPORATION OF AMERICA, INC.; YKK (U.S.A.) INC.; YKK SNAP FASTENERS AMERICA, INC.; and SCOVILL FASTENERS, INC.,<br><br>      Defendants. | Civil Action No.07 CIV 9929<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE**<br><br>JURY TRIAL DEMANDED |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Ronen Saraf a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

> Daniel B. Scott
> Chimicles & Tikellis LLP
> 361 West Lancaster Avenue
> Haverford, PA  19041
> 610-642-8500 - Phone
> 610-649-3633 - Fax

Daniel B. Scott is a member in good standing of the Bar of the State of New Jersey and the Commonwealth of Pennsylvania.  There are no pending disciplinary proceeding against Daniel B. Scott in any State or Federal court.

DATED:  January 15, 2008          Respectfully submitted,

By:    _Ronen Sarraf_ (signature)
       Ronen Sarraf
       Joseph Gentile
       SARRAF GENTILE LLP
       11 Hanover Square, 2nd Floor
       New York, NY 10005
       Tel:   212-868-3610
       Fax:   212-918-7967

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COCOE VOCI, INC., on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>WILLIAM PRYM GMBH & CO., KG; PRYM CONSUMER USA, INC.; PRYM FASHION, INC.; COATS PLC; COATS NORTH AMERICA DE REPUBLICA DOMINICANA, INC.; YKK CORPORATION; YKK CORPORATION OF AMERICA, INC.; YKK (U.S.A.) INC.; YKK SNAP FASTENERS AMERICA, INC.; and SCOVILL FASTENERS, INC.,<br><br>        Defendants. | Civil Action No.07 CIV 9929<br><br><br>**AFFIDAVIT OF RONEN SARRAF  IN SUPPORT OF MOTION TO ADMIT DANIEL B. SCOTT PRO HAC VICE** |

State of New York    )
                         )    ss.
County of New York   )

Ronen Sarraf, being duly sworn, hereby deposes and says as follows:

1.    I am counsel for Plaintiff in the above-captioned action.  I am familiar with the proceedings in this case.  I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Daniel B. Scott as counsel pro hac vice to represent Plaintiff in this matter.

2.    I am a member in good standing of the board of the State of New York, and was admitted to practice law on May 23, 2001.  I am also admitted to the bar of

the United States District Court for the Southern District of New York, having been admitted on July 24, 2001, and am in good standing with this Court.

3.      I have known Daniel B. Scott for approximately one year.

4.      Mr. Scott is an associate at the law firm of Chimicles & Tikellis LLP in Haverford, Pennsylvania.

5.      I have found Mr. Scott to be a skilled attorney and a person of the highest integrity.  He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

6.      Accordingly, I am pleased to move the admission of Daniel B. Scott, pro hac vice, which is being submitted herewith.

WHEREFORE, it is respectfully requested that the motion to admit Daniel B. Scott, pro hac vice, to represent Plaintiff in the above-captioned matter be granted.


DATED: January _15_, 2008                Respectfully submitted,

                                        By:    _Ronen Sarraf_
                                               Ronen Sarraf
                                               Joseph Gentile
                                               SARRAF GENTILE LLP
                                               11 Hanover Square, 2nd Floor
                                               New York, NY 10005
                                               Tel:   212-868-3610
                                               Fax:   212-918-7967


- 2 -

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

COCOE VOCI, INC., on behalf of itself and all
others similarly situated,

    Plaintiff,

   vs.

WILLIAM PRYM GMBH & CO., KG; PRYM
CONSUMER USA, INC.; PRYM FASHION,
INC.; COATS PLC; COATS NORTH AMERICA
DE REPUBLICA DOMINICANA, INC.; YKK
CORPORATION; YKK CORPORATION OF
AMERICA, INC.; YKK (U.S.A.) INC.; YKK
SNAP FASTENERS AMERICA, INC.; and
SCOVILL FASTENERS, INC.,

    Defendants.

Civil Action No.07 CIV 9929

**ORDER FOR ADMISSION
PRO HAC VICE ON
WRITTEN MOTION**

JURY TRIAL DEMANDED

Upon the motion of Ronen Saraf, attorney for Plaintiff and said sponsor

attorney's affidavit in support;

IT IS HEREBY ORDERED THAT

    Daniel B. Scott
    Chimicles & Tikellis LLP
    361 West Lancaster Avenue
    Haverford, PA  19041
    610-642-8500 - Phone
    610-649-3633 - Fax
    DBS@chimicles.com

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned

case in the United States District Court for the Southern District of New York.  All

attorneys appearing before this Court are subject to the Local Rules of this Court,

- 1 -

including the Rules governing discipline of attorneys.  If this action is assigned to

the Electronic Case Filing (ECF) system, counsel shall immediately apply for an

ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to

the Clerk of the Court.


DATED:  _____, 2008        _____

                                    United States District/Magistrage Judge



Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

## *Daniel Barclay Scott, Esq.*

### DATE OF ADMISSION

*October 26, 2001*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  January 3, 2008**

Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **DANIEL B SCOTT**
(No.    **032042001**    ) was constituted and appointed an Attorney at Law of New Jersey on    **November 15, 2001**    and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **3RD** day of **January** , 20 **08**

Clerk of the Supreme Court

-453a-

## PROOF OF SERVICE

I declare that on January 15, 2008, a true and correct copy of the foregoing motion to admit counsel pro hac vice were served by first class U.S. mail upon the following:

Joseph F. Wayland
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jwayland@stblaw.com

*Attorneys for Defendants Coats plc, and Coats
   North America de Republica Dominicana, Inc..*

Scott Martin
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
scott.martin@weil.com

*Attorneys for Defendants William Prym GmbH &
   Co. KG, Prym Consumer USA, Inc., and Prym
   Fashion, Inc.*

John Shin
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6844
jshin@morganlewis.com

*Attorneys for Defendants YKK Corporation of
   America Inc., YKK (U.S.A.) Inc., and YKK Snap
   Fasteners America, Inc.*

John G. Despriet
SMITH, GAMBRELL & RUSSELL, LLP
1230 Peachtree Street, NE
Promenade II, Suite 3100
Atlanta, Georgia  30309-3592
(404) 815-3500
jdespriet@sgrlaw.com

*Attorneys for Defendant Scovill Fasteners, Inc.*

Dated: January 15, 2008

Ronen Sarraf