IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/2008

| | |
|---|---|
| COCOE VOCI, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM PRYM GMBH & CO., KG; PRYM CONSUMER USA, INC.; PRYM FASHION, INC.; COATS PLC; COATS NORTH AMERICA DE REPUBLICA DOMINICANA, INC.; YKK CORPORATION; YKK CORPORATION OF AMERICA, INC.; YKK (U.S.A.) INC.; YKK SNAP FASTENERS AMERICA, INC.; and SCOVILL FASTENERS, INC.,<br><br>Defendants. | Civil Action No.07 CIV 9929<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**<br><br>JURY TRIAL DEMANDED |

Upon the motion of Ronen Saraf, attorney for Plaintiff and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED THAT

>Daniel B. Scott
>Chimicles & Tikellis LLP
>361 West Lancaster Avenue
>Haverford, PA  19041
>610-642-8500 - Phone
>610-649-3633 - Fax
>DBS@chimicles.com

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court,

- 2 -

including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

DATED: \_\_\_1/29\_\_\_, 2008        _____
                                  United States District/Magistrage Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COCOE VOCI, INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM PRYM GMBH & CO., KG; PRYM CONSUMER USA, INC.; PRYM FASHION, INC.; COATS PLC; COATS NORTH AMERICA DE REPUBLICA DOMINICANA, INC.; YKK CORPORATION; YKK CORPORATION OF AMERICA, INC.; YKK (U.S.A.) INC.; YKK SNAP FASTENERS AMERICA, INC.; and SCOVILL FASTENERS, INC.,<br><br>    Defendants. | Civil Action No. 07 CIV 9929 (DC)<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE**<br><br>**JURY TRIAL DEMANDED** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Ronen Saraf a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Daniel B. Scott
    Chimicles & Tikellis LLP
    361 West Lancaster Avenue
    Haverford, PA  19041
    610-642-8500 - Phone
    610-649-3633 - Fax

Daniel B. Scott is a member in good standing of the Bar of the State of New Jersey and the Commonwealth of Pennsylvania. There are no pending disciplinary proceeding against Daniel B. Scott in any State or Federal court.

*Motion GRANTED.*
*SO ORDERED.*
*1/29/08*

-1-