IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COCOE VOCI, INC., on behalf of itself and all others similarly situated,<br><br>     Plaintiff,<br><br> vs.<br><br>WILLIAM PRYM GMBH & CO., KG; PRYM CONSUMER USA, INC.; PRYM FASHION, INC.; COATS PLC; COATS NORTH AMERICA DE REPUBLICA DOMINICANA, INC.; YKK CORPORATION; YKK CORPORATION OF AMERICA, INC.; YKK (U.S.A.) INC.; YKK SNAP FASTENERS AMERICA, INC.; and SCOVILL FASTENERS, INC.,<br><br>     Defendants. | Civil Action No. 07-9929 |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Daniel B. Scott files this motion to withdraw as counsel for Plaintiff Cocoe Voci, Inc. in this action and states as follows:

1. After today, Daniel B. Scott will no longer be associated with the law firm of Chimicles & Tikellis LLP.

2. Plaintiff Cocoe Voci, Inc. continues to be represented by other counsel in this matter, including Joseph G. Sauder and Benjamin F. Johns of Chimicles & Tikellis LLP, and none of the parties will be prejudiced by the granting of this motion.

WHEREFORE, Daniel B. Scott respectfully requests that this Court withdraw him as counsel for Plaintiff Cocoe Voci, Inc.

2

Respectfully submitted,

**CHIMICLES & TIKELLIS LLP**

/s/ Daniel B. Scott
Daniel B. Scott
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA  19041
danielbscott@chimicles.com
Telephone:  (610) 642-8500

2

## CERTIFICATE OF SERVICE

     I, Daniel B. Scott, hereby certify that on the 22d day of August, 2008, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and was served upon all parties of record via the CM/ECF system.

                                    /s/ Daniel B. Scott